**Opinion issued August 2, 2016.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-16-00211-CV

————————————

**CHANDLER SIM ROUGEOU, Appellant**

**V.**

**WILLIAM LENIN ARROYO, Appellee**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Case No. 2012-74643**

---

## MEMORANDUM OPINION

Chandler Sim Rougeou has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (West Supp. 2015); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of

Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Further, Rougeou has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, Rougeou did not adequately respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal).

We dismiss the appeal for want of prosecution. We dismiss all pending motions as moot.

**PER CURIAM**


Panel consists of Justices Keyes, Brown, and Huddle.